FILED
SCRANTON
JUN 1 1 2001
PER /s/ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,

    Plaintiff,

v.

DONALD ROMINE,

    Defendant.

CIVIL NO. 1:01-CV-1005
(to be supplied by Clerk)

## MOTION FOR LEAVE TO FILE AMENDED CIVIL COMPLAINT

COMES NOW, the plaintiff, MICHAEL NORWOOD, pro se, and respectfully moves this Court for leave to file the Amended Civil Complaint herewith submitted under Rule 15(a) of the Federal Rules of Civil Procedure.

Respectfully submitted

*Michael Norwood*
MICHAEL NORWOOD, Pro Se
P.O. Box 1000
Lewisburg, Pa.  17837

Dated: June 6, 2001