# JUDGE'S COPY

FILED
HARRISBURG, PA

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JUL 1 6 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

MICHAEL NORWOOD,

    Plaintiff,

v.

DONALD ROMINE,

    Defendant.

CIVIL NO. 1:CV-01-1005

(Judge Caldwell)

(Magistrate Judge Smyser)

**MOTION FOR AN ORDER DIRECTING THE U.S. MARSHAL OR SOME OTHER SUITABLE PERSON TO SERVE THE SUMMONS AND AMENDED COMPLAINT ON THE DEFENDANT**

COMES NOW, the plaintiff MICHAEL NORWOOD, pro se, and respectfully moves this Court to direct the U.S. Marshal or some other suitable person to serve the defendant with a copy of the summons and amended complaint in this action, pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, for the reasons setforth below:

1. The plaintiff is confined and is unable to locate anyone willing to serve the defendant in the case at bar; and,

2. The plaintiff is willing to reimburse the costs incurred by the U.S. Marshal in serving the defendant via certified mail.

Wherefore, the plaintiff requests that the U.S. Marshal or some other suitable person be directed to effect service of the summons and amended complaint.

Respectfully submitted,

*Michael Norwood*

MICHAEL NORWOOD, Pro Se