*ce: see attached*



7/23/01

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD                  : CIVIL NO: 1:CV-01-1005
            Plaintiff,           :
                                 : (Judge Caldwell)
      v.                         :
                                 : (Magistrate Judge Smyser)
DONALD ROMINE,                   :
            Defendant            :

**ORDER**

FILED
JUL 2 0 2001
PER _____
HARRISBURG, PA.    DEPUTY CLERK

On June 6, 2001, the plaintiff, a federal prisoner

proceeding *pro se*, commenced this action by filing a complaint.

On June 11, 2001, the plaintiff filed an amended complaint.

On July 16, 2001, the plaintiff filed a motion seeking

an order directing the United States Marshal to serve his

amended complaint on the defendant.

The plaintiff has not sought or been granted leave to

proceed *in forma pauperis* in this case.  Thus, we will not

order the United States Marshal to serve the amended complaint.

The plaintiff, like any other litigant would be, is required to

served his amended complaint in accordance with Fed.R.Civ.P. 4.

AO 72A
(Rev.8/82)

The plaintiff argues that we should order the Marshal to serve his amended complaint because he is in prison and he can not locate anyone willing to serve the defendant. We note that pursuant to Fed.R.Civ.P. 4(d) the plaintiff may request that the defendant waive service of the summons and complaint. If the plaintiff follows the procedures of Fed.R.Civ.P. 4(d) and requests that the defendant waive service of the summons and complaint and the defendant refuses that request, we will consider ordering the United States Marshal to serve the defendant and order the defendant to show cause why he should not pay the cost of service.

AND NOW, this 20 day of July, 2001, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 6) for an order directing the United States Marshal to serve his amended complaint is **DENIED.** The Clerk of Court is directed to send a summons to the plaintiff.

J. Andrew Smyser
Magistrate Judge

Dated: July 20, 2001.

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 20, 2001

Re:  1:01-cv-01005   Norwood v. Romine

True and correct copies of the attached were mailed by the clerk
to the following:

     Michael Norwood
     USP-LEW
     U.S. Penitentiary at Lewisburg
     06970-014
     P.O. Box 1000
     Lewisburg, PA  17837

cc:
Judge                      ( ✓ )          (  ) Pro Se Law Clerk
Magistrate Judge           (  )           (  ) INS
U.S. Marshal               (  )           (  ) Jury Clerk
Probation                  (  )
U.S. Attorney              (  )
Atty. for Deft.            (  )
Defendant                  (  )
Warden                     (  )
Bureau of Prisons          (  )
Ct Reporter                (  )
Ctroom Deputy              (  )
Orig-Security              (  )
Federal Public Defender    (  )
Summons Issued             ( ✓ ) with N/C attached to complt. and served by:
                                 U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5        (  )
Order to Show Cause        (  ) with Petition attached & mailed certified mail
                                 to:  US Atty Gen  (  )   PA Atty Gen (  )
                                      DA of County (  )   Respondents (  )
Bankruptcy Court           (  )
Other_____     (  )

                                      MARY E. D'ANDREA, Clerk

DATE: _____4/20/01_____          BY: _____
                                     Deputy Clerk