ORIGINAL



Mr. Michael Norwood
Reg. No. 06970-014
United States Penitentiary
P.O. Box 1000
Lewisburg, Pa.  17837

September 20, 2001

Clerk:
United States District Court
Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pa  17108

FILED
HARRISBURG
SEP 2 4 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

      Re: Norwood v. Romine,
          1:01-CV-01005

Dear Clerk:

   On August 24, 2001, I filed a motion requesting that the Court direct the U.S. Marshal to Effect Service of Summons and Complaint and for an order directing that the defendant incur the cost of service. A copy of the motion was served on the defendant.

   Has the Court received my motion??????

                           Respectfully submitted,

                           Michael Norwood, Pro Se

mn