CC CT

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

10
9/28/01

September 27, 2001

Michael Norwood
06970-014
USP-Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

FILED
HARRISBURG
SEP 27 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

Re: Norwood v. Romine; 1:CV-01-1005

Mr. Norwood:

   I am in receipt of your letter to the Clerk of Court dated September 20, 2001 and filed on September 24, 2001. In your letter you ask if the court has received your motion requesting the U.S. Marshal to serve your amended complaint. The court received that motion on August 27, 2001.

Sincerely,

Melissa E. Sayres

Melissa E. Sayres
Law Clerk to Magistrate
Judge Smyser