AO 440 (Rev. 10/93) Summons in a Civil Action       ORIGINAL

# United States District Court

MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA

Michael Norwood

### SUMMONS IN A CIVIL CASE

**V.**

CASE NUMBER: 1:CV-01-1005

Donald Romine

FILED
HARRISBURG

OCT 0 5 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

TO: (Name and address of defendant)

(SEE COMPLAINT)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Norwood
U.S. Penitentiary at Lewisburg
P.O. Box 1000
Lewisburg, PA  17837

an answer to the complaint which is herewith served upon you, within _____ sixty (60) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY E. D'ANDREA _____          _____ July 20, 2001 _____
CLERK                                        DATE

_____
(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF MICHAEL NORWOOD          COURT CASE NUMBER 1:CV-01-1005
DEFENDANT DONALD ROMINE          TYPE OF PROCESS SERVICE

SERVE DONALD ROMINE, Warden, U.S. Penitentiary, Lewisburg, PA
(Name individual, company; corporation, etc. to be served)

AT U.S. Penitenitary, RD# 5, Lewisburg, PA  17837
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____ .
_____
_____

### CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT:

_____ I have personally served individual, company or corporation above.
_____ I have made service by mail as authorized by state law to the individual, company or corporation above.  Appropriate state law authorizing this type of service is _____ . If certified mail was authorized, attach green cards to this form.
__X_ I have legal evidence of service, described under Remarks and attached hereto.  (Domiciliary service, Substituted service.)
_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: ___ DONALD ROMINE
TITLE (IF ANY) OF PERSON SERVED: Warden
ADDRESS WHERE SERVED: RD# 5, U.S. Penitentiary, Lewisburg, PA  17837

DATE AND TIME OF PERSONAL SERVICE: _____
REMARKS: See order of U.S. Magistrate Judge Smyser directing
U.S. Marshal to serve summons and amended complaint on person of defenda

October 2, 2001          _Michael Norwood_
Date                    Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located.  Refer to the
Notice of Judicial Assignment form.)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD                    : CIVIL NO: 1:CV-01-1005
        Plaintiff,                :
                              : (Judge Caldwell)
    v.                             :
                              : (Magistrate Judge Smyser)
DONALD ROMINE,                     :
        Defendant                 :

**FILED**
**HARRISBURG, PA**

**ORDER**

SEP 2 8 2001

MARY E. D'ANDREA, CLERK
PER
                            DEPUTY CLERK

On June 6, 2001, the plaintiff, a federal prisoner

proceeding *pro se*, commenced this action by filing a complaint.

On June 11, 2001, the plaintiff filed an amended complaint.

On July 16, 2001, the plaintiff filed a motion seeking

an order directing the United States Marshal to serve his

amended complaint on the defendant.  By an Order dated July 20,

2001 that motion was denied.  Because the plaintiff is not

proceeding *in forma pauperis* in this case, we determined that

the plaintiff must serve his amended complaint on the defendant

in accordance with Fed.R.Civ.P. 4.  We noted that pursuant to

Fed.R.Civ.P. 4(d) the plaintiff may request that the defendant

waive service of the summons and complaint.  We further noted

that if the plaintiff follows the procedures of Fed.R.Civ.P.

4(d) and requests that the defendant waive service of the
summons and complaint and the defendant refuses that request,
we would consider ordering the United States Marshal to serve
the defendant and order the defendant to show cause why he
should not pay the cost of service.

On August 27, 2001, the plaintiff filed a motion for an
order directing the United States Marshal to serve the amended
complaint on the defendant and directing that the defendant
bear the cost of such service.  The plaintiff attached to this
motion copies of the Notice of Lawsuit and Request for Waiver
of Service of Summons, Duty to Avoid Unnecessary Costs of
Service of Summons, and Waiver of Service of Summons forms
which he asserts he sent to the defendant on July 24, 2001 and
to which the defendant has not responded.

We will direct the United States Marshal to serve the
defendant with the amended complaint.  However, we will not
order the defendant to pay the cost of service.  Upon further
review of Rule 4(d), we conclude that the duty to avoid

2

unnecessary costs of serving the summons does not apply to an

employee of the United States.


    AND NOW, this 28th day of September, 2001, **IT IS HEREBY**

**ORDERED** that the plaintiff's motion (doc. 8) for an order

directing the United States Marshal to serve the summons and

amended complaint on the defendant and for the defendant to

bear the costs of such service is **GRANTED IN PART.**  The United

States Marshal is directed to serve the summons and amended

complaint on the person of the defendant.


                                    J. Andrew Smyser
                                    Magistrate Judge

Dated: September 28 , 2001.


                                    3