IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,

    Plaintiff,

    v.

DONALD ROMINE, Warden,

    Defendant.

CIVIL NO. 1CV-01-1005
(Caldwell, J.)
(Smyser, M.J.)

FILED
HARRISBURG, PA
DEC 1 7 2001
MARY E. D'ANDREA, C
Per _____ Deputy Clerk

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO
DISMISS AND FOR SUMMARY JUDGMENT

COMES NOW, the plaintiff, Michael Norwood, pro se, and respectfully requests that the defendant's Motion to Dismiss and for Summary Judgment be dismissed on the ground that the plaintiff's Amended Complaint clearly states a cause of action upon which relief can be granted. See Majid v. Wilhelm, 110 F.Supp2d. 251 (SDNY 2000) and Shaheed-Muhammad v. DiPaolo, 138 F.Supp2d. 99 (D. Mass. 2001) (both holding that a prisoner's claim for money damages based on prison officials refusal to accomodate religious dietary request states a cause of action upon which relief can be granted). Also see Allah v. Al-Hafez, 226 F3d. 247 (3d. Cir. 2000) (holding courts must construe motion for summary judgment in light most favorable to party opposing summary judgment). A brief in support of this filing is unnecessary because the defendant's motion is clearly without merit.

Respectfully submitted,

*Michael Norwood*
MICHAEL NORWOOD, Pro Se
P.O. Box 1000
Lewisburg, PA  17837

Dated: December 12, 2001

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiff's Opposition to Defendant's Motion to Dismiss and for Summary Judgment has been mailed to Joseph J. Terz, Assistant U.S. Attorney, 316 Federal building, 240 West Third Street, Williamsport, PA 17703 by placing same in a postage prepaid envelope and by inserting same in a U.S. Mailbox this 13th day of December, 2001.

*Michael Norwood*
MICHAEL NORWOOD