ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,

    Plaintiff,

    v.

DONALD ROMINE, Warden,

    Defendant.

Civil No. 1:CV-01-1005
(Caldwell, J.)
(Smyser, M.J.)

FILED
HARRISBURG, PA
JAN 0 2 2002
MARY E. D'ANDREA,
Per _____ Deputy Clerk

SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANT
ROMINE'S MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

    The plaintiff relies defendant Romine's Exhibit #000021 contained in his "Record to Brief in Support of Defendant Romine's Motion to Dismiss and for Summary Judgment", which is a copy of the religious diet interview of the plaintiff conducted by Abdulfattah Jamiu, to defeat the defendant's claim that the Amended Complaint fails to state a claim upon which relief can be granted. In this form, the plaintiff repeatedly indicates that his religious dietary needs require that he be served Kosher or Halal food. No where on this form did the plaintiff state that his religious dietary needs require him to eat with disposable utencils as claimed by the defendant. (Def.'s br. at p.(s) 3-4, 8, and 10-11)

    The defendant's motion must be denied.

                                        Respectfully submitted,

                                        *Michael Norwood*
                                        MICHAEL NORWOOD, Pro Se
                                        P.O. Box 1000
                                        Lewisburg, PA 17837

Dated: December 28, 2001

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Supplemental Brief in Opposition to Defendant Romine's Motion to Dismiss and for Summary Judgment has been mailed to Joseph J. Terz, AUSA, 316 Federal Bldg., 240 West Third Street, Williamsport, PA 17703, by placing same in a postage prepaid envelope and by inserting same in a U.S. Mailbox this 28th day of December, 2001.

*Michael Norwood*
MICHAEL NORWOOD