ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,

    Plaintiff,

v.

DONALD ROMINE,

    Defendant.

CIVIL NO. 1:01-CV-01005

(Judge Caldwell)
(Magistrate Judge Smyser)

FILED
HARRISBURG, PA
JAN 17 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## MOTION FOR LEAVE TO SUPPLEMENT RECORD WITH AFFIDAVIT OF PLAINTIFF

COMES NOW, the plaintiff, Michael Norwood, pro se, and respectfully requests leave of the Court to supplement the record with his attached affidavit. This affidavit is being submitted in support of the Plaintiff's Brief in Opposition to Defendant Romine's Motion to Dismiss and for Summary Judgment.

Respectfully submitted,

Dated: January 11, 2002

MICHAEL NORWOOD, Pro Se
P.O. Box 1000
Lewisburg, Pa. 17837

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Leave to Supplement Record With Affidavit of Plaintiff and the Affidavit of Michael Norwood has been mailed to Joseph J. Terz, AUSA, 316 Federal Bldg., 240 West Third Street, Williamsport, PA 17703, by placing same in a postaage prepaid envelope and inserting same in a U.S. Mailbox this 11th day of January, 2002.

MICHAEL NORWOOD

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,

    Plaintiff,                    CIVIL NO. 1:CV-01-1005
                                    (Caldwell, J.)
                                    (Smyser, M.J.)

    v.

DONALD ROMINE, Warden,

    Defendant.

## AFFIDAVIT OF MICHAEL NORWOOD

I, MICHAEL NORWOOD, hereby state the following under the penalty of perjury:

1. That I am the plaintiff in the above entitled proceeding.

2. That defendant Romine's exhibits #000029 and #000030 are copies of my "Request for Administrative Remedy", wherein I complained to Romine that he should direct that the decision by the prison chaplin terminating my participation in the commonfare or "certified, processed food component of the religious diet program" be reversed.

3. That in my Request for Administrative Remedy, I stated that my religious beliefs require that I eat kosher or halal food and that I avoid even incidental contact with pork by not eating from pots or utencils that have been used to serve or prepare pork.

4. That I have never advised officials at U.S. Penitentiary at Lewisburg that my religious beliefs require that I eat from disposable utencils.

*Michael Norwood*
MICHAEL NORWOOD
Dated: January 11, 2002

Pursuant to 28 U.S.C. § 1746, I, Michael Norwood, under the penalty of perjury, declare that the foregoing statements are true and correct.