UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD : CIVIL NO: 1:CV-01-1005
    Plaintiff, :
: (Judge Caldwell)
v. :
: (Magistrate Judge Smyser)
DONALD ROMINE, :
    Defendant :

<u>ORDER</u>

AND NOW, this 12th day of February, 2002, **IT IS HEREBY ORDERED** that the plaintiff's motion (doc. 22) for leave to supplement the record with his declaration is **GRANTED**. The declaration attached to the motion is part of the summary judgment record.

                                              J. Andrew Smyser
                                              Magistrate Judge

Dated: February 12, 2002.