FILED
HARRISBURG, PA
MAR 0 4 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,
    Plaintiff

v.                    Civil No. 1:CV-01-1005
                     (Caldwell, J.)
DONALD ROMINE, Warden,   (Smyser, M.J.)
    Defendant

## O R D E R

AND NOW, this 4th day of March, 2002, upon consideration of defendant's motion for enlargement of time, **IT IS HEREBY ORDERED** that the motion is granted. Defendant's objections to the Report and Recommendation, if any, shall be filed on or before March 13, 2002.

                                   William W. Caldwell
                                   United States District Judge