Caldwell/Smyser



## U.S. Department of Justice

28

3/14/02
KF

*United States Attorney's Office*
*Middle District of Pennsylvania*

Herman T. Schneebeli Federal Building, Suite 316
240 West Third Street                      (570) 326-1935
Williamsport, PA 17701-6465       FAX (570) 326-7916/326-7954

March 13, 2002

FILED
WILLIAMSPORT, PA

MAR 1 3 2002

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

Clerk of Court
United States District Court
Middle District of Pennsylvania
2nd Floor, Federal Building
240 West Third Street
Williamsport, PA 17701

Re: NORWOOD v. ROMINE,
    M.D. Pa. Civil No. 1:CV-01-1005; USDC

Dear Clerk:

This letter is to inform you that the defendant, Warden Romine, will not be filing objections to Magistrate Judge Smyser's Report and Recommendation. The Report and Recommendation is therefore ripe for consideration by Judge Caldwell.

Sincerely,

MARTIN C. CARLSON
United States Attorney

JOSEPH J. TERZ /mel
Assistant U.S. Attorney

MCC:JJT:mel

cc: Michael Norwood
    Reg. No. 06970-014
    U.S. Penitentiary
    P.O. Box 1000
    Lewisburg, PA 17837