IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,
    Plaintiff

vs.                       CIVIL ACTION NO. 1:CV-01-1005
                            (Judge Caldwell)
                            (Magistrate Judge Smyser)
DONALD ROMINE,
    Defendant

O R D E R

AND NOW, this 27th day of March, 2002, upon consideration of the report of the magistrate judge, dated February 12, 2002, to which no objections have been filed, and independent review of the record, it is ordered that the magistrate judge's report is adopted. It is further ordered, pursuant to the magistrate judge's recommendations, that:

    1. Defendant's motion (doc. 20) for summary judgment is denied.

    2. This matter is remanded to the magistrate judge for further proceedings.

/s/ William W. Caldwell
WILLIAM W. CALDWELL
United States District Judge

FILED
MAR 27 2002
PER _____
HARRISBURG, PA    DEPUTY CLERK