

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL NORWOOD, | : | CIVIL NO. **1:01-CV-1005** |
| Plaintiff | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Smyser) |
| DONALD ROMINE, Warden, | : | **FILED**<br>HARRISBURG, PA |
| Defendant | : | MAR 27 2002 |

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

<u>CASE MANAGEMENT ORDER</u>

The plaintiff, a prisoner proceeding *pro se*, commenced this 42 U.S.C. § 1331 action by filing a complaint on June 6, 2001. The following case management deadlines govern this case.

1. <u>**Discovery Deadline**</u>. All discovery shall be planned and commenced so as to be completed by **September 30, 2002**.

2. <u>**Discovery Limitations**</u>. In the absence of mutual consent to exceed these limits or a court order, the maximum number of interrogatories per side shall be twenty five (25); the maximum number of document production requests per side

AO 72A
(Rev 8/82)

shall be twenty five (25); and the maximum number of requests for admissions per side shall be twenty-five (25).

3. **Discovery-Related Motions**. Any discovery-related motion shall be filed on or before **October 7, 2002**. Because the plaintiff is proceeding *pro se* and is in custody, compliance with Local Rule 26.3, Rules of Court, M.D. Pa., is not required in this case.

4. **Dispositive Motions**. Any dispositive motion shall be filed, as well as the supporting brief, on or before **November 29, 2002**.

5. **Consent**. On or before **July 30, 2002**, counsel for the defendant shall file either a consent form, signed by all counsel and the plaintiff, consenting to proceed under 28 U.S.C. § 636(c) before a magistrate judge, or a statement that there is not mutual consent to have a magistrate judge serve as the judge of the case.

The court will, in the absence of good cause, adhere to the schedule hereby established. Extensions of the discovery period and of the deadline for filing dispositive motions will

AO 72A
(Rev 8/82)

be granted only when good cause is shown and a motion is timely made.

                                                J. Andrew Smyser
                                                Magistrate Judge

Dated:   March 27, 2002.

AO 72A
(Rev.8/82)