# ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,

    Plaintiff,

    v.

DONALD ROMINE,

    Defendant.

Civil No. 1:CV-01-1005
(Caldwell, J.)
(Smyser, M.J.)

## PLAINTIFF'S TRAVERSE

Because the defendant did not oppose the Report and Recommendation of the Magistrate, adopted by Judge Caldwell on March 27, 2002, the doctrine of <u>res judicata</u> applies to all the contentions raised by the defendant on pages 1-4 of his answer to the plaintiff's amended complaint.

WHEREFORE, the plaintiff requests that his case be scheduled for trial.

                              Respectfully submitted,

                              */s/ Michael Norwood*
                              MICHAEL NORWOOD, <u>Pro Se</u>
                              Box 1000
                              Lewisburg, PA  17837

Dated: April 10, 2002

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiff's Traverse has been mailed to Joseph J. Terz, Asst. U.S. Attorney, 240 W. Third Street, Williamsport, PA, 17701, by placing same in a postage prepaid envelope and by inserting same in a U.S. mail box this 10th day of April, 2002.

                              */s/ Michael Norwood*
                              MICHAEL NORWOOD

**FILED**
APR 15 2002
PER RB
HARRISBURG, PA   DEPUTY CLERK