ORIGINAL

Mr. Michael Norwood
Reg. No. 06970-014
P.O. Box 1000
Lewisburg, PA  17837

April 24, 2002

**FILED**
HARRISBURG, PA

APR 2 9 2002

MARY E. D'ANDREA, CLK
Per _____
        Deputy Clerk

Clerk:
United States District Court
Middle District of Pennsylvania
228 Walnut Street - P.O. Box 983
Harrisburg, PA  17108

Re: <u>Norwood v. Romine</u>, No. 1:CV-01-1005

Dear Clerk:

I write to advise the Court that several weeks ago I wrote
to counsel for defendant Romine and requested that he consent
to Magistrate Judge J. Andrew Smyser presiding over all future
proceedings in this case. Counsel for defendant Romine has
failed to reply to my request.

Therefore, it appears that counsel for defendant Romine
will not consent to Magistrate Judge Smyser presiding over all
future proceedings in this case.

Respectfully submitted,

Michael Norwood
Michael Norwood

mn
cc: Joseph J. Terz, Esq.
    Assistant U.S. Attorney
    228 Walnut Street
    Harrisburg, PA  17108

Inmate Name: Mr. Michael Norwood
Register Number: 06970-014

United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

CLERK:
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET - P.O. BOX 983
HARRISBURG, PA 17108

FILED
HARRISBURG, PA

APR 2 9 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk



