TAM:JJT:mel:2001V01054

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
WILLIAMSPORT, PA

JUL - 3 2002

MARY E. D'ANDREA, CLERK
Per_____ KF _____
DEPUTY CLERK

MICHAEL NORWOOD,
        Plaintiff

        v.

DONALD ROMINE, Warden,
        Defendant

: Civil No. 1:CV-01-1005
: (Caldwell, J.)
: (Smyser, M.J.)

**MOTION FOR LEAVE TO DEPOSE PLAINTIFF
PURSUANT TO FED. R. CIV. P. 30(a)(2)**

Defendant Romine moves the Court for leave to take plaintiff's deposition pursuant to Fed. R. Civ. P. 30(a)(2) as the plaintiff is confined in prison. A brief in support of this motion has been filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that he has not obtained the concurrence of plaintiff pursuant to M.D. Pa. Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

        Respectfully submitted,

        THOMAS A. MARINO
        United States Attorney

        JOSEPH J. TERZ
        Assistant U.S. Attorney
        MICHELE E. LINCALIS
        Paralegal Specialist
        316 Federal Building
        240 West Third Street
        Williamsport, PA 17703

Date: July 3, 2002

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,
        Plaintiff

        v.                       Civil No. 1:CV-01-1005
                              (Caldwell, J.)
DONALD ROMINE, Warden,    (Smyser, M.J.)
        Defendant

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on July 3, 2002, she served a copy of the attached

**MOTION FOR LEAVE TO DEPOSE PLAINTIFF
PURSUANT TO FED. R. CIV. P. 30(a)(2)**

by placing said copies in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Williamsport, Pennsylvania.

Addressee:

Michael Norwood
Reg. No. 06970-014
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

*Michele E. Lincalis*
MICHELE E. LINCALIS
Paralegal Specialist

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,　　　　　　　　　:
　　　　　Plaintiff　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　v.　　　　　　　　　　　　　　: Civil No. 1:CV-01-1005
　　　　　　　　　　　　　　　　　　: (Caldwell, J.)
DONALD ROMINE, Warden,　　　　　　: (Smyser, M.J.)
　　　　　Defendant　　　　　　　　:

## O R D E R

**AND NOW,** this _____ day of _____, 2002, upon consideration of defendant's motion to depose the inmate plaintiff pursuant to Fed. R. Civ. P. 30(a)(2), **IT IS HEREBY ORDERED THAT** the motion is granted.  Defendant Romine, by his counsel, may take the deposition of plaintiff, Michael Norwood, at a place and time suitable to the Bureau of Prisons.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　J. ANDREW SMYSER
　　　　　　　　　　　　　　　　　Magistrate Judge