cc: mg Smyser; Ausa Jerz + Pett Norwood

(36) 7/9/02

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,  :
      Plaintiff  :
        :
      v.  :  Civil No. 1:CV-01-1005
        :  (Caldwell, J.)
DONALD ROMINE, Warden,  :  (Smyser, M.J.)
      Defendant  :

### O R D E R

**AND NOW,** this _9TH_ day of _July_, 2002, upon consideration of defendant's motion to depose the inmate plaintiff pursuant to Fed. R. Civ. P. 30(a)(2), **IT IS HEREBY ORDERED THAT** the motion is granted. Defendant Romine, by his counsel, may take the deposition of plaintiff, Michael Norwood, at a place and time suitable to the Bureau of Prisons.

_____
J. ANDREW SMYSER
Magistrate Judge

FILED
HARRISBURG, PA

JUL 09 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk