UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,

    Plaintiff,

v.

DONALD ROMINE, Warden,

    Defendant.

Civil No. 1:CV-01-1005
(Caldwell, J.)
(Smyser, J.)

FILED
SCRANTON

JUL 12 2002

PER _____
DEPUTY CLERK



PLAINTIFF'S CONSENT TO DEFENDANT'S MOTION FOR LEAVE
TO DEPOSE PLAINTIFF

The plaintiff, Michael Norwood, pro se, hereby consents to defendant Romine's request to depose him under Rule 30(a)(2) of the Federal Rules of Civil Procedure, provided that the proposed deposition takes place at the U.S. Penitentiary at Lewisburg, Pa, and provided that the defendant gives the plaintiff advance notice of the date and time the deposition will take place.

    Respectfully submitted,

    */s/ Michael Norwood*
    MICHAEL NORWOOD, Pro Se
    Box 1000
    Lewisburg, Pa  17837

Dated: July 9, 2002

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiff's Consent to Defendant's Motion for Leave to Depose Plaintiff has been served upon Joseph J. Terz, AUSA, 316 Federal Bldg., 240 West Third Street, Williamsport, Pa  17703, by placing same in a postage prepaid envelope and inserting same in a U.S. Mailbox this 9th day of July, 2002.

    */s/ Michael Norwood*
    MICHAEL NORWOOD

Case 1:01-cv-01005-JAS   Document 37   Filed 07/12/2002   Page 2 of 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA



MICHAEL NORWOOD,

    Plaintiff,

v.

DONALD ROMINE, Warden,

    Defendant.

Civil No. 1:CV-01-1005
(Caldwell, J.)
(Smyser, J.)

FILED
SCRANTON

JUL 1 2 2002

PER _____
DEPUTY CLERK

PLAINTIFF'S CONSENT TO DEFENDANT'S MOTION FOR LEAVE
TO DEPOSE PLAINTIFF

The plaintiff, Michael Norwood, pro se, hereby consents to defendant Romine's request to depose him under Rule 30(a)(2) of the Federal Rules of Civil Procedure, provided that the proposed deposition takes place at the U.S. Penitentiary at Lewisburg, Pa, and provided that the defendant gives the plaintiff advance notice of the date and time the deposition will take place.

                              Respectfully submitted,

                              _/s/ Michael Norwood_
                              MICHAEL NORWOOD, Pro Se
                              Box 1000
                              Lewisburg, Pa 17837

Dated: July 9, 2002

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiff's Consent to Defendant's Motion for Leave to Depose Plaintiff has been served upon Joseph J. Terz, AUSA, 316 Federal Bldg., 240 West Third Street, Williamsport, Pa 17703, by placing same in a postage prepaid envelope and inserting same in a U.S. Mailbox this 9th day of July, 2002.

                              _/s/ Michael Norwood_
                              MICHAEL NORWOOD