TAM:JJT:mel:2001V01054

ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
NOV 29 2002
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

MICHAEL NORWOOD,
      Plaintiff

      v.               :  Civil No. 1:CV-01-1005
                     :  (Smyser, M.J.)

DONALD ROMINE, Warden,
      Defendant

### DEFENDANT ROMINE'S MOTION FOR SUMMARY JUDGMENT

Defendant Romine asks this Court to enter summary judgment in his favor pursuant to Fed. R. Civ. P. 56(b). A brief in support of this motion will be filed in accordance with M.D. Pa. Local Rule 7.5.

Counsel certifies that he has not obtained the concurrence of plaintiff pursuant to M.D. Pa. Local Rule 7.1 because plaintiff is a prisoner proceeding pro se.

                                      Respectfully submitted,

                                      THOMAS A. MARINO
                                      United States Attorney

                                      JOSEPH J. TERZ
                                      Assistant U.S. Attorney
                                      MICHELE E. LINCALIS
                                      Paralegal Specialist
                                      316 Federal Building
                                      240 West Third Street
                                      Williamsport, PA  17703

Dated: November 29, 2002

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,  :
       Plaintiff  :
       :
   v.  :  Civil No. 1:CV-01-1005
       :
DONALD ROMINE, Warden,  :  (Smyser, M.J.)
       Defendant  :

### CERTIFICATE OF SERVICE BY MAIL

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

    That on November 29, 2002, she served a copy of the attached

**DEFENDANT ROMINE'S MOTION FOR SUMMARY JUDGMENT**

by placing said copies in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Michael Norwood
Reg. No. 06970-014
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

_____
SHELLEY L. GRANT
Paralegal Specialist