UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,

    Plaintiff,

v.

DONALD ROMINE,

    Defendant.

Civil No. 1:CV-01-1005
(Caldwell, J.)
(Smyser, M.J.)

FILED
HARRISBURG, PA
DEC 24 2002
MARY E. D'ANDREA, CLERK
Per_____

BRIEF IN OPPOSITION TO DEFENDANT ROMINE'S MOTION FOR SUMMARY JUDGMENT

ARGUMENT

The Defendant's Motion is Barred By the Law of the Case Doctrine

This is defendant Romine's second motion for summary judgment, the first being denied by Judge Caldwell in February of this year. The defendant asserts the same grounds that were presented in his previously unsuccessful motion for summary judgment. The defendant's motion must be denied based on the "law of the case doctrine." See Hayman Cash Register Co. v. Sarokin, 669 F2d. 162, 168 (3d. Cir. 1982) (holding that "judges of co-ordinate jurisdiction sitting in the same court and in the same case should not overrule the decisions of each other").

                              Respectfully submitted,

                              MICHAEL NORWOOD, Pro Se
                              P.O. Box 1000
                              Lewisburg, PA  17837

Dated: December 19, 2002

CERTIFICATE OF SERVICE

    This is to certify that the foregoing motion has been served upon Joseph J. Terz, AUSA, 240 W. Third Street, Williams-

port, PA 17701, by placing same in a postage prepaid envelope and by inserting same in a U.S. mailbox this 19th day of December, 2002.

*/s/ Michael Norwood*
MICHAEL NORWOOD

Inmate Name: Mr. Michael Norwood
Register Number: 06970-014
United States Penitentiary
P.O. Box 1000
Lewisburg PA 17837




CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA  17108

legal mail