cc: MJ Smyser; Mr. Romine; AUSA Gerry; Warden & USM, Ctrm Dpty

(49) go 2/13/03

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD
    Plaintiff,

v.

DONALD ROMINE,
    Defendant

: CIVIL NO: 1:CV-01-1005
:
: (Judge Caldwell)
:
: (Magistrate Judge Smyser)
:

## ORDER

**IT IS ORDERED** that the pretrial conference set for April 21, 2003, at 3:00 p.m., in Courtroom No.5, Eleventh Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania, is **rescheduled to April 23, 2003, at 3:00 p.m.** The parties shall file their pretrial memoranda on or before April 13, 2003. **IT IS FURTHER ORDERED** that the writ of habeas corpus ad testificandum issued on February 11, 2003 is **REVOKED**. A new writ of habeas corpus ad testificandum will be issued to secure the presence of the plaintiff at the pretrial conference.

J. Andrew Smyser
Magistrate Judge

Dated: February 13, 2003.

**FILED**
HARRISBURG, PA

FEB 13 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk