UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, P

MAR 1 3 2003

MARY E. D'ANDREA, CL
Per_____
Deputy Clerk

MICHAEL NORWOOD,

    Plaintiff,

v.

                        CIVIL NO. 1:01-CV-1005
                        (MAGISTRATE JUDGE SMYSER)

DONALD ROMINE,

    Defendant.

PLAINTIFF'S PRETRIAL DISCLOSURE PURSUANT TO RULE 26(a)(3)
OF THE FEDERAL RULES OF CIVIL PROCEDURE

    Pursuant to this Court's order of February 10, 2003, the plaintiff, Michael Norwood, pro se, hereby submits his "pretrial memoranda", as required by Rule 26(a)(3)(A), 26(a)(3)(C), and 26(a)(4) of the Federal Rules of Civil Procedure.

    I.    WITNESSES THE PLAINTIFF EXPECTS TO PRESENT AT TRIAL

    1. Donald Romine (defendant; address previously provided);

    2. Edward Roberts, Supervisory Chaplin at U.S. Penitentiary at Lewisburg, Pennsylvania;

    3. (first name unknown) Jamu, Religious Services staff member at U.S. Penitentiary at Lewisburg;

    4. L. Cunningham, Supervisory Attorney at U.S. Penitentiary at Lewisburg;

    5. Michael Norwood, Plaintiff.

II.  DOCUMENTS OR OTHER EXHIBITS THE PLAINTIFF EXPECTS TO OFFER AT TRIAL

1. Declaration of Edward Roberts (previously filed with the Court by the defendant on December 13, 2002);

2. Federal Bureau of Prisons Program Statement 5360.08 (Religious Beliefs and Practices) (previously filed with the Court by the Defendant on December 13, 2002);

3. "Religious Diet Interview" form completed by Imam Jamu (previously filed with the Court by the Defendant on December 13, 2002);

4. "Administrative Remedy Request" by plaintiff to Bureau of Prisons (BOP) central office (previously filed with the Court by the defendant on December 13, 2002);

5. "Administrative Remedy Request" by plaintiff to BOP northeast regional office (previously filed with the Court by the Defendant on December 13, 2002);

6. "Administrative Remedy Request" by plaintiff to Defendant (previously filed with the Court by the Defendant on December 13, 2002);

7. "Informal Resolution Attempt" filed by plaintiff with USP Lewisburg staff member (previously filed with the Court by Defendant on December 13, 2002);

8. "Notification of Religious Diet Accomodation" by chaplin at USP Lewisburg to plaintiff (previously filed with the Court by the Defendant on December 13, 2002);

    9. Declaration of D. Romine (defendant) (previously filed with the Court by the Defendant on December 13, 2002);

    10. Declaration of L. Cunningham (previously filed with the Court by the Defendant on December 13, 2002);

    11. "Inmate Profile" (re-dacted) (previously filed with the Court by the Defendant on December 13, 2002).

    III.   DOCUMENTS OR OTHER EVIDENCE THE PLAINTIFF MAY OFFER AT TRIAL

    1. Copies of <u>all</u> "Religious Diet Interview" forms completed by Imam Jamu, religious services staff member at USP Lewisburg during the month of October, 2000.

    2. List of names and stated religious preference of all prisoners at USP Lewisburg who were approved for the certified, processed food line on October 31, 2000.

                              Respectfully submitted,

                              _/s/ Michael Norwood_
                              MICHAEL NORWOOD, Pro Se
                              Reg. No. 06970-014
                              P.O. Box 1000
                              Lewisburg, Pa.  17837

Dated: March 11, 2003

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiff's Pretrial Disclosure Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure has been served upon counsel for the defendant, Joseph J. Terz, AUSA, 240 W. Third Street, Williamsport, Pa. 17701, by placing same in a postage prepaid envelope and by inserting same in a U.S. mailbox this 10th day of March, 2003.

*Michael Norwood*
MICHAEL NORWOOD