UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL NORWOOD, | : | |
| Plaintiff | : | CIVIL NO. 1:CV-01-1005 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| DONALD ROMINE, Warden, | : | (Magistrate Judge Smyser) |
| Defendant | : | |

### ORDER

**IT IS ORDERED** that defendant Romine's motion to continue the pretrial proceedings in this case is granted. The pretrial conference set for April 23, 2003, at 3:00 p.m., in Courtroom No. 5, Eleventh Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania, is **rescheduled to _____, 2003, at \_\_\_\_ .m.** The parties shall file their pretrial memoranda on or before _____, 2003. **IT IS FURTHER ORDERED** that the writ of habeas corpus ad testificandum issued on February 14, 2003, is **REVOKED**. A new writ of habeas corpus ad testificandum will be issued to secure the presence of the plaintiff at the pretrial conference.

_____
J. Andrew Smyser
Magistrate Judge