```
                   UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,                :
            Plaintiff           :   CIVIL NO. 1:CV-01-1005
                                :
            v.                  :   (Judge Caldwell)
                                :
DONALD ROMINE, Warden,          :   (Magistrate Judge Smyser)
            Defendant           :
```

**ORDER**

**IT IS ORDERED** that defendant Romine's motion to continue the pretrial proceedings [Doc. 53] in this case is GRANTED. The pretrial conference set for April 23, 2003, at 3:00 p.m., in Courtroom No. 5, Eleventh Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania, is **rescheduled to June 19, 2003, at 9:00 .m.** The parties shall file their pretrial memoranda on or before June 11, 2003. **IT IS FURTHER ORDERED** that the writ of habeas corpus ad testificandum issued on February 14, 2003, is **REVOKED**. A new writ of habeas corpus ad testificandum will be issued to secure the presence of the plaintiff at the pretrial conference.

/s/ J. Andrew Smyser
J. Andrew Smyser
Magistrate Judge