*3 cert to USM; 1 to Ct. Crm Dpty, Warden at Lewisburg, Joe Terzausa, Mr. Norwood.*

FILED
HARRISBURG, PA

FEB 14 2003

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,
    Plaintiff

v.

DONALD ROMINE,
    Defendant

CIVIL NO. 1:01-CV-1005

(Magistrate Judge Smyser)

RECEIVED
USMS, MIDDLE/PA
2003 FEB 18 PM 12: 43

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**YOU ARE COMMANDED TO PRODUCE NOW**, in the custody the United States Marshal, or one of his deputies, and the Superintendent at United States Penitentiary at Lewisburg are directed to produce, the person of **MICHAEL NORWOOD, Number 06970-067** at the United States District Court, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania, on April 23, 2003 at 3:00 p.m. and to keep the prisoner safe in custody and confine him from day to day when not appearing before the court. The prisoner may be produced directly to Courtroom No. 5, Eleventh Floor, or he may be presented at the Marshal's Office on the Tenth Floor.

The prisoner shall be produced in court wearing street clothes, not in prison garb. At the conclusion of the proceedings, the prisoner shall be returned to the institution where he is currently incarcerated.

_____
J. Andrew Smyser
Magistrate Judge

Dated: February 14, 2003

Certified from the record
Date 2/18/03
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

RETURNED (UNEXECUTED) (DISMISSED)
PER COURT ORDER DATE 3/19/03

*Continued until 6/19/03*