# ORIGINAL

NONO to U

FILED
HARRISBURG, PA

MAY 2 9 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

Mr. Michael Norwood
Reg. No. 06970-014
United States Penitentiary
P.O. Box 1000
Lewisburg,  PA  17837

May 27, 2003

Clerk:
United States District Court
Middle District of PA
228 Walnut Street
P.O. Box 983
Harrisburg,  PA  17108

Re: Norwood v. Romine, 1:CV-01-1005

Dear Clerk:

I am scheduled to appear in this Court on June 19, 2003, at 1:30 P.M., for a pretrial and settlement conference. I would like to know whether the Court has issued a writ of habeas corpus ad prosequendum to the warden of this prison and the U.S. Marshal to secure my appearance. The previous writ of habeas corpus ad prosequendum issued for my previous court date of April 23, 2003, was revoked.

Please respond immediately.

Sincerely,

Michael Norwood

Michael Norwood

Mr. Michael Norwood
Reg. No. 06970-014
United States Penitentiary
P.O. Box 1000
Lewisburg, PA  17837

CLERK:
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PA
228 WALNUT STREET - P.O. Box 983
HARRISBURG, PA  17108

FILED
HARRISBURG PA

MAY 2 9 2003

MARY E D'ANDREA, CLERK
Per _____
        DEPUTY CLERK

