# UNITED STATES DISTRICT COURT

Middle District of Pennsylvania
Office of the Clerk, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea
Clerk

Main Number: ( 717)-221-3920
Direct Dial: (717) 221-3931

June 2, 2003

Mr. Michael Norwood
Reg. No. 06970-014
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

FILED
HARRISBURG, PA

JUN 0 2 2003

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

In re: Norwood v. Romine 1:01-CV-1005

Dear Mr. Norwood,

Receipt is acknowledged of your letter dated May 27, 2003 in which you request that a writ for your appearance issue.

I can assure you that one issued on March 21, 2003 which directed your production for the June 19, 2003 pretrial/settlement conference. The United States Marshal is aware that you need to be produced and they will in turn, be contacting the prisoner movement coordinator at your facility.

Very truly yours,

MARY E. D'ANDREA, CLERK

J. Sayers, Deputy Clerk

MED/js
cc: File
    MJ Smyser