### DEFENDANT DONALD ROMINE'S EXHIBIT LIST

| | | |
|---|---|---|
| **JUDGES: CALDWELL, J.**<br>**SMYSER, M.J.** | **MICHAEL NORWOOD**<br>**v.**<br>**DONALD ROMINE** | **CIV. NO. 1:01-CV-1005** |
| Harrisburg, Pennsylvania | | (Electronically Filed) |

| Exhibit No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| 1.1 | Declaration of Edward Roberts | 11/08/01 | | | |
| 1.2 | Program Statement 5360.08, Religious Beliefs and Practices | 05/25/01 | | | |
| 1.3 | Religious Diet Interview | 10/28/00 | | | |
| 1.4 | Notification of Religious Diet Accommodation | 10/30/00 | | | |
| 1.5 | How to Eat to Live by Elijah Muhammad | | | | |
| 1.6 | Central Office Administrative Remedy Appeal and Response | 01/10/01 | | | |
| 1.7 | Regional Administrative Remedy Appeal and Response | 02/26/01 | | | |
| 1.8 | Request for Administrative Remedy and Response | 11/29/00-01/04/01 | | | |
| 1.9 | Informal Resolution Attempt | 11/01/00 | | | |
| 1.10 | Notification of Religious Diet Accommodation | 10/31/00 | | | |
| 1.11 | Declaration of D. Romine | 11/16/01 | | | |
| 1.12 | Commissary Records | | | | |
| 1.13 | | | | | |