UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


MICHAEL NORWOOD                    : CIVIL NO: 1:CV-01-1005
          Plaintiff               :
                                   :
      v.                           :
                                   : (Magistrate Judge Smyser)
DONALD ROMINE,                     :
          Defendant                :


**ORDER**


        AND NOW, this 20th day of June, 2003, after a pretrial
conference held on June 19, 2003, **IT IS HEREBY ORDERED** that:

        1.  Jury selection will begin at 9:30 a.m. on August 4,
2003, in Courtroom #5, Eleventh Floor, Federal Building,
Harrisburg, Pennsylvania.   Jury selection in this case will
follow jury selection in *Miller v. South Middleton School
District*, 1:CV-01-2340.  Trial of this case will follow the
trial in *Miller v. South Middleton School District*, 1:CV-01-
2340;

        2. On or before July 28, 2003, the parties shall submit
any proposed voir dire questions, proposed special verdict
questions and proposed jury instructions;

        3. Trial briefs shall be filed on or before July 28,

2003.


                                        */s/ J. Andrew Smyser*
                                        J. Andrew Smyser
                                        Magistrate Judge
Dated:   June 20, 2003.