```
                UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD                  : CIVIL NO: 1:CV-01-1005
        Plaintiff                :
                                 :
        v.                       :
                                 : (Magistrate Judge Smyser)
DONALD ROMINE,                   :
        Defendant                :
```

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

The Federal Bureau of Prisons and the Warden at U.S.P. Lewisburg, Pennsylvania are directed to produce the person of **Michael Norwood, Inmate No. 06970-014**, at the United States District Court, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania, on **August 4, 2003**, at 9:30 a.m. and to keep the prisoner safe in custody and confine him from day to day when not appearing before the court.  The prisoner may be produced directly to Courtroom No. 5, Eleventh Floor, or he may be presented at the Marshal's Office on the Tenth Floor.

The prisoner shall be produced in court wearing street clothes, not in prison garb.  At the conclusion of the

proceedings, the prisoner shall be returned to the institution where he is currently incarcerated.

                                              */s/ J. Andrew Smyser*
                                              J. Andrew Smyser
                                              Magistrate Judge

Dated:  June 20, 2003.