# ORIGINAL

2 to mag J Smyser

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,

     Plaintiff,

                 Case No. 1:CV-01-1005
                 (Magistrate Judge Smyser)

     v.

DONALD ROMINE,

     Defendant.

FILED
HARRISBURG

JUL 1 0 2003

MARY E. D'ANDREA
Per _____
Deputy Clerk

### PLAINTIFF'S REQUEST FOR VOIR DIRE SUBMISSIONS TO THE JURY PANEL

     The plaintiff requests that the following voir dire questions be submitted to the perspective jury panel:

     "1. The plaintiff is and was a prisoner at the United States Penitentiary at Lewisburg, Pennsylvania. The defendant is the former warden at Lewisburg. Would the plainitff's status as a prisoner impair your ability to be fair and impartial, and prevent you from awarding judgment in his favor?

     2. Do you have such strong feelings about people convicted of committing crimes that they would prevent you from awarding a monetary judgment in their favor in a civil case even if the facts and the evidence supported it?

     3. The Court will instruct you that the First Amendment to the United States Constitution and the Religious Freedom Restoration Act guarantee prisoners the right to practice their religion while in prison. Would you follow such an instruction?

4. The plaintiff is a member of a faith group known as the Nation of Islam. Louis Farrakhan is the religious leader of the Nation of Islam. Do you have such strong feelings about Mr. Farrakhan that they would prevent you from being an impartial juror in this case?

5. The plaintiff is African-American and the defendant is white. Will the race of either the plaintiff or the defendant affect your ability to be fair and impartial?"

Respectfully submitted,

MICHAEL NORWOOD, Pro Se
P.O. Box 1000
Lewisburg, PA  17837

Dated: July 7, 2003

## CERTIFICATE OF SERVICE

This is to certify that a copy of the Plaintiff's Request for Voir Dire Submissions to the Jury Panel has been served upon Joseph J. Terz, AUSA, 228 Walnut Street, Suite 220, Harrisburg, Pa  17108, by placing same in a postage prepaid envelope and by inserting same in a U.S. mailbox, postage prepaid, this 7th day of July, 2003.

MICHAEL NORWOOD