UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,

    Plaintiff,

              Case No. 1:CV-01-1005
    v.           (Magistrate Judge Smyser)

DONALD ROMINE,

    Defendant.

FILED
HARRISBURG

JUL 10 2003

MARY E. D'ANDREA
Per _____ Deputy Clerk

PLAINTIFF'S REQUEST FOR SPECIAL VERDICT
SUBMISSIONS TO THE JURY

The plaintiff requests that the jury be directed to answer
the following questions on its verdict form:

"1. If you find that the plaintiff is entitled to compensatory
damages, state the dollar amount of your award.

2. If you find that the plaintiff is entitled to punitive
damages, state the dollar amount of your award."

                        Respectfully submitted,

                        *Michael Norwood*

                        MICHAEL NORWOOD, Pro Se
                        P.O. Box 1000
Dated: July 7, 2003        Lewisburg, PA  17837

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiff's
Request for Special Verdict Submissions to the Jury has been mailed
Joseph J. Terz, AUSA, 228 Walnut Street, Harrisburg, Pa.  17108,
this 7th day of July, 2003, via 1st class U.S. mail.

                        *Michael Norwood*

                        MICHAEL NORWOOD