UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


<u>N O T I C E</u>


Michael Norwood,                    :Case No. 1:01-CV-1005
            Plaintiff               :
            v.                      :
Donald Romine,                      :
            Defendant               :

-----------------------------------------------------------------

Type of Case:
    ( ) Civil              (X) Criminal

---

(xx) TAKE NOTICE that the proceeding in this case has been
    **SCHEDULED** for the place, date and time set forth below:

---

U.S. Courthouse                COURTROOM NO. 5
Federal Building               Eleventh Floor
228 Walnut St.                 Date: July 22, 2003
Harrisburg, PA 17108           Time: 10:00 a.m

**TYPE OF PROCEEDING: Scheduling Conference- by telephone.**


                              MARY E. D'ANDREA, CLERK

                              _____
                              Joan Sayers, Deputy Clerk

DATED: July 21, 2003

    To: Hon. J. Andrew Smyser, U.S. Magistrate Judge
        U.S. Attorney's Office- Joseph Terz, AUSA
        U.S. Marshal
        Deft (via USP Lewisburg)
        Court Room Deputy
        Warden/Records Officer at USP Lewisburg


**FILED**
HARRISBURG, PA

JUL 2 1 2003

MARY E. D'ANDREA, CLERK
Per _____