MINUTE SHEET OF PROCEEDINGS BEFORE
**J. ANDREW SMYSER, UNITED STATES MAGISTRATE JUDGE**
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| Caption | Civil No. | |
|---|---|---|
| Michael Norwood v. Donald Romine | 1:01-CV-1005 | CONSENT |

| Proceeding: | Telephonic Scheduling Conference |
|---|---|

| Set For: | 7/22/03 | At: | 10:00 a.m. |
|---|---|---|---|

| Time Commenced: | 10:00 am. | Time Terminated: | 10:05 |
|---|---|---|---|

| For Plaintiff: | For Defendant: |
|---|---|
| Michael Norwood, *Pro Se* | Joseph Terz, AUSA |

**REMARKS:**

✓ Sch +
Conference begins. Trial to be rescheduled to August 27, 2003 at 9:30. Order will issue. New writ to issue for Pltf.
Deadline - Aug 20 for voir dire points, etc.
2-3 day trial expected.

FILED
HARRISBURG, PA

JUL 2 2 2003

MARY E. D'ANDREA, C[...]
Per _____ Deputy Clerk

Not taped nor recorder present.

J. Sayers, Deputy Clerk

O:\Smyser\APPLEBY\Minute Sheets\CIVIL MINUTE SHEET 061300