```
          UNITED STATES DISTRICT COURT
     FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

MICHAEL NORWOOD                :  CIVIL NO: 1:CV-01-1005
    Plaintiff         :
                                :
   v.                     :
                                :  (Magistrate Judge Smyser)
DONALD ROMINE,                 :
    Defendant         :

**ORDER**

    AND NOW, this 22nd day of July, 2003, after a scheduling conference, **IT IS HEREBY ORDERED** that the trial in this case is continued from August 4, 2003 to August 27, 2003 at 9:30 a.m. in Courtroom #5, Eleventh Floor, Federal Building, Harrisburg, Pennsylvania. **IT IS FURTHER ORDERED** that on or before August 20, 2003, the parties shall submit trial briefs, any proposed voir dire questions, proposed special verdict questions and proposed jury instructions. **IT IS ALSO ORDERED** that the writ of habeas corpus ad testificandum issued June 20, 2003 for the plaintiff is **VACATED** and a new writ will be issued.

                                         /s/ J. Andrew Smyser
                                         J. Andrew Smyser
                                         Magistrate Judge

Dated: July 22, 2003.