CC: USM(3); 1 to Ausa Terzi; 1 to Crim Dpty; 1 to State
Warden @ Lewisburg

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,                        CIVIL NO. 1:01-CV-1005
        Plaintiff               :
                             :
        v.                         :(Magistrate Judge Smyser)
                             :
DONALD ROMINE,                          :
        Defendant               :

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**YOU ARE COMMANDED TO PRODUCE NOW,** in the custody of
the United States Marshal, or one of his deputies, and the
Superintendent at United States Penitentiary at Lewisburg are
directed to produce, the person of **MICHAEL NORWOOD, Number
06970-067** at the United States District Court, Federal
Building, Third and Walnut Streets, Harrisburg, Pennsylvania,
on August 27, 2003 at 9:30 a.m. and to keep the prisoner safe
in custody and confine him from day to day when not appearing
before the court.  The prisoner may be produced directly to
Courtroom No. 5, Eleventh Floor, or he may be presented at the
Marshal's Office on the Tenth Floor.

      The prisoner shall be produced in court wearing
street clothes, not in prison garb.  At the conclusion of the
proceedings, the prisoner shall be returned to the institution
where he is currently incarcerated.

                                    J. Andrew Smyser
                                    Magistrate Judge

Dated: July  22 , 2003

**FILED**
**HARRISBURG, PA**

JUL 2 2 2003

MARY E. D'ANDREA, CLERK
Per _____
              Deputy Clerk