cc: ct; AUSA Lenz; USM (x3 cert); Warden (Lewisburg) (x3 cert); ctrm dep; stats

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL NORWOOD<br>    Plaintiff | : CIVIL NO: 1:CV-01-1005<br>:<br>: |
| v. | :<br>: |
| DONALD ROMINE,<br>    Defendant | : (Magistrate Judge Smyser)<br>:<br>: |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The Federal Bureau of Prisons and the Warden at U.S.P. Lewisburg, Pennsylvania are directed to produce the person of **Michael Norwood, Inmate No. 06970-014**, at the United States District Court, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania, on **October 28, 2003**, at 9:30 a.m. and to keep the prisoner safe in custody and confine him from day to day when not appearing before the court. The prisoner may be produced directly to Courtroom No. 5, Eleventh Floor, or he may be presented at the Marshal's Office on the Tenth Floor.

The prisoner shall be produced in court wearing street clothes, not in prison garb. At the conclusion of the

proceedings, the prisoner shall be returned to the institution where he is currently incarcerated.

/s/ J. Andrew Smyser
J. Andrew Smyser
Magistrate Judge

Dated: July 29, 2003.