I hereby certify and return unexecuted ~~that I partialty~~
executed the within Writ of Habeas Corpus ad
(TEST) (Pros.) or Order by transportating the
within named  NORWOOD, Michael
from the _____
to the _____
This 20 day of August 2003 ~~19~~___

M. Regan
U. S. Marshal, M/D PA

By _____

I hereby certify and return that I partialty
executed the within Writ of Habeas Corpus ad
(TEST) (Pros.) or Order by transportating the
within named _____
from the _____
to the _____
This ___ day of _____ 19___

U. S. Marshal, M/D PA

By _____

FILED
HARRISBURG PA

AUG 29 2003

MARY E. D'ANDREA, CLERK
Per _____

01-civil 1005