TAM:JJT:nl

### UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL NORWOOD, | : | |
| | : | CIVIL NO. 1:01-CV-1005 |
| Plaintiff, | : | |
| v. | : | (SMYSER, M.J.) |
| | : | |
| DONALD ROMINE, | : | |
| | : | (Electronically Filed) |
| Defendant. | : | |

## DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

1.  Would any of you not be able to return a verdict in favor of the defendant if warranted by the evidence due to a dislike of the federal government, or in particular, the United States of America or Federal Bureau of Prisons?

2.  Have you, any member of your family, or anyone you know experienced any problem with or lodged any complaints against the United States, the Federal Bureau of Prisons, or law enforcement officials?

   (a)  If so, what was the nature of the problem or the complaint and how was it resolved?

   (b)  Would that information affect your ability to render a verdict in this case?

3.  Have any of you, members of your family, or close friends been convicted of a crime and had to spend any time in prison?

   (a)  If so, for what crime?

   (b)  If yes, would that affect your ability to sit on this jury and fairly weigh the evidence?

4.  Do any of you hold any beliefs or opinions regarding prisons or correctional officers such that it would affect your ability to sit on this jury and weigh the evidence fairly and impartially?

5.  The Court will instruct you on the law that applies to this matter and you will be required to follow it.  Would any of you have difficulty reaching a verdict based on the law as the Court instructs you even if you do not think the law is right or should be changed?

6. Is there any reason at all, mentioned or not, why any of you think you could not be totally fair or impartial in this case?

Respectfully submitted,

THOMAS A. MARINO
United States Attorney


   s/ Joseph J. Terz
Joseph J. Terz
Assistant U.S. Attorney
Attorney I.D. No. PA 55480
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, Pennsylvania  17108-1754
(717) 221-4482
(717) 221-4582 (Facsimile)
joseph.terz@usdoj.gov

Dated:  October 22, 2003

**TAM:JJT:nl**

# UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL NORWOOD,** | : | |
| | : | **CIVIL NO. 1:01-CV-1005** |
| **Plaintiff,** | : | |
| **v.** | : | **(SMYSER, M.J.)** |
| | : | |
| **DONALD ROMINE,** | : | |
| | : | **(Electronically Filed)** |
| **Defendant.** | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on October 22, 2003, she served a copy of the foregoing

### DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

by placing a copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelopes and contents in the United States Mail at Harrisburg, Pennsylvania to:

> Michael Norwood, Pro Se
> Reg. No. 06970-014
> U.S. PENITENTIARY
> P.O. Box 1000
> Lewisburg, Pennsylvania  17837

> s/ Naomi Losch
> Naomi Losch
> Legal Assistant

N:\NLosch\terz\docs\norwood voir dire.wpd