TAM:JJT:nl

```
              UNITED STATES DISTRICT COURT FOR THE
                 MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,               :
                               :   CIVIL NO. 1:01-CV-1005
          Plaintiff,           :
     v.                        :   (SMYSER, M.J.)
                               :
DONALD ROMINE,                 :
                               :   (Electronically Filed)
          Defendant.           :
```

## SPECIAL INTERROGATORIES TO THE JURY

Do you find from a preponderance of the evidence:

1. That the Defendant committed acts that interfered with the Plaintiff's constitutional right to free exercise of his religion?

    Answer Yes or No _____

    [Note: If you answered No to Question No. 1, you need not answer the remaining questions].

2. That the Defendant's acts were the proximate or legal cause of damages sustained by the Plaintiff?

    Answer Yes or No _____

3. That the Plaintiff should be awarded damages to compensate for his injuries?

    Answer Yes or No _____

    If your answer is Yes, in what amount? $_____.

4. That the Defendant acted with malice or reckless indifference to the Plaintiff's federally-protected rights and that punitive damages should be assessed against the Defendant?

```
Answer Yes or No _____

If your answer is Yes, in what amount? $_____

SO SAY WE ALL.


                                    _____
                                    Foreperson


Dated: _____
```

TAM:JJT:nl

**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL NORWOOD,** | : | |
| | : | CIVIL NO. 1:01-CV-1005 |
| **Plaintiff,** | : | |
| v. | : | (SMYSER, M.J.) |
| | : | |
| **DONALD ROMINE,** | : | |
| | : | **(Electronically Filed)** |
| **Defendant.** | : | |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

    That on October 22, 2003, she served a copy of the foregoing

**SPECIAL INTERROGATORIES TO THE JURY**

by placing a copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelopes and contents in the United States Mail at Harrisburg, Pennsylvania to:

        Michael Norwood, Pro Se
        Reg. No. 06970-014
        U.S. PENITENTIARY
        P.O. Box 1000
        Lewisburg, Pennsylvania  17837

                      s/ Naomi Losch
                      Naomi Losch
                      Legal Assistant

N:\NLosch\terz\docs\norwood, special interrogatories to the jury.wpd