MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG (POOL #100031005)
JUDGE: JAS
CASE# 1:01CV1005

Norwood v. Remmie
01CV1005

ORIGINAL

| PARTICIPANT ID. NUMBER | PARTICIPANT NAME & ADDRESS | AGE | OCCUPATION | EMPLOYER | #CH | PDC |
|---|---|---|---|---|---|---|
| 100111804 | PARTICIPANT # 1 STOHLER, SHEILA M HARRISBURG, PA 17111 SPOUSE: | 41 | ACCOUNT MANAGER | UNITED CONCORDIA | 0 | PJS= V |
| 100132335 | PARTICIPANT # 2 ① BURKINS, DONALD C YORK, PA 17403 SPOUSE: | 49 | CRANE TECHNICIAN | CRANE AMERICA | 0 | PJS= |
| 100121615 | PARTICIPANT # 3 ① LINEAWEAVER, KAREN L CORNWALL, PA 17016 SPOUSE: Strike by defense #1 | 47 | | GOOD SAMARITAN HOS | 0 | PJS= |
| 100104300 | PARTICIPANT # 4 ② HARMAN, LUCY K CAMP HILL, PA 17011 SPOUSE: | 47 PC? | | WIENKEN AND ASSOCI | 0 | PJS= |
| 100110207 | PARTICIPANT # 5 ③ BAYLOR, ERNEST L HARRISBURG, PA 17103 SPOUSE: | 52 | GROCERY STORE | CORNER GROCERY STO | 0 | PJS= |
| 100105300 | PARTICIPANT # 6 ④ STAFFORD, ROLAND D NEW CUMBERLAND, PA 17070 SPOUSE: | 51 | CONSTRUCTION | PROFESSIONAL SVC I | 3 | PJS= C |
| 100111273 | PARTICIPANT # 7 MILLER, BRIAN K HARRISBURG, PA 17110 SPOUSE: Strike by defense #2 | 43 | PURCHASING AGENT | XEPEDX | 0 | PJS= |

MARY E. D'ANDREA, ASSISTANT DEPUTY CLERK
FILED
HARRISBURG, PA
OCT 28 2003

Page No. 2

Case 1:01-cv-01005-JAS   Document 82   Filed 10/28/2003   Page 2 of 3

MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG (POOL #100031005)
JUDGE: JAS
CASE# 1:01CV1005

| PARTICIPANT ID. NUMBER | PARTICIPANT | NAME & ADDRESS | AGE | OCCUPATION | EMPLOYER | #CH | PDC |
|---|---|---|---|---|---|---|---|
| 100119736 | PARTICIPANT# 8 ⑤ | VARNER, KAREN W LEBANON, PA 17042 | 62 | | | 2 | PJS= C |
| | | SPOUSE: | | CONSULTANT | | | |
| 100132878 | PARTICIPANT# 9 | VAN HART, SHERWIN L DELTA, PA 17314  p-9 2 | 50 | | | 0 | PJS= C |
| | | SPOUSE: | | | | | |
| 100100232 | PARTICIPANT# 10 | PATTY, ROBERT K GETTYSBURG, PA 17325  p-10 3 | 50 | LAWN AND GARDEN | COMMERCE CORP | 1 | PJS= |
| | | SPOUSE: | | | | | |
| 100109220 | PARTICIPANT# 11 ⑥ | KNAPIK III, JOHN S HARRISBURG, PA 17112 | | | | 0 | PJS= C |
| | | SPOUSE: | | | | | |
| 100101054 | PARTICIPANT# 12 | ZARTMAN, KIRSTEN R HANOVER, PA 17331  Shilo verse #3 | 21 | CERT NURSING ASST | SHEPARDS CHOICE | 0 | PJS= |
| | | SPOUSE: | | | | | |
| 100107131 | PARTICIPANT# 13 ⑦ | HIMMEL, CRAIG J MECHANICSBURG, PA 17055 | 36 | VENDING MANAGER | ARAMARK | 0 | PJS= |
| | | SPOUSE: | | | | | |
| 100116352 | PARTICIPANT# 14 ⑧ | MUSSER, JOY E SHIPPENSBURG, PA 17257 | 32 | NURSE | KEYSTONE HEALTH CE | 0 | PJS= |
| | | SPOUSE: | | | | | |

Case 1:01-cv-01005-JAS Document 182 Filed 10/28/2003 Page 3 of 3

MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG (POOL #100031005)
JUDGE: JAS
CASE# 1:01CV1005

| PARTICIPANT ID. NUMBER | PARTICIPANT | NAME & ADDRESS | AGE | OCCUPATION | EMPLOYER | #CH | PDC |
|---|---|---|---|---|---|---|---|
| 100113896 | PARTICIPANT # 15 | DIETZ, MARK A HARRISBURG, PA 17111 | 43 | MANAGER | ASHLAND, INC | 0 | PJS= |
| | | SPOUSE: | | | | | |
| 100123741 | PARTICIPANT # 16 | LITTLE, RICHARD D NEWPORT, PA 17074 | 56 | LABORER | CHROMALLOY | 2 | PJS= |
| | | SPOUSE:SUPERVISOR | | | | | |
| 100108933 | PARTICIPANT # 17 | BRADY, MARY D MIDDLETOWN, PA 17057 | 68 | | | 0 | PJS= |
| | | SPOUSE:REST OPERATOR | | | | | |
| 100116106 | PARTICIPANT # 18 | SEIF, LI YOUNGCHA CHAMBERSBURG, PA 17201 | 61 | | | 0 | PJS= |
| | | SPOUSE: | | | | | |
| 100122852 | PARTICIPANT # 19 | RHODES, DONNA L MILROY, PA 17063 | 56 | CLERK TYPIST | MIFFLIN COUNTY SD | 0 | PJS= |
| | | SPOUSE: | | | | | |
| 100122087 | PARTICIPANT # 20 | GINGRICH, JED H LEBANON, PA 170424123 | 48 | INS AGENT | SELF | 2 | PJS= |
| | | SPOUSE: | | | | | |