**DEFENDANT DONALD ROMINE'S EXHIBIT LIST**

JUDGES: CALDWELL, J.
SMYSER, M.J.

MICHAEL NORWOOD
v.
DONALD ROMINE

CIV. NO. 1:01-CV-1005

Harrisburg, Pennsylvania

(Electronically Filed)

| Exhibit No. | Description of Object or Item | Document dated | Identified In Court | Date Admitted | Witness Statement |
|---|---|---|---|---|---|
| D.1 | Declaration of Edward Roberts | 10/08/01 | 10/28/03 | 10/29/03 adm | Edward Roberts |
| D.2 | Program Statement 5360.08, Religious Beliefs and Practices | 10/28/01 | 10/28/03 | 10/29/03 adm | Abdul Fattah B. Jamie |
| D.3 | Religious Diet Interview | 10/28/00 | 10/28/03 | 10/29/03 adm | Abdul Fattah B. Jamie |
| D.4 | Notification of Religious Diet Accommodation | | 10/28/03 | 10/29/03 adm | Abdul Fattah D. Jamie |
| D.5 | How to Eat to Live by Elijah Muhammad | | | | |
| D.6 | Central Office Administrative Remedy Appeal and Response "BP-11" | 01/10/01 | 10/29/03 | 10/29/03 adm | Michael Norwood |
| D.7 | Regional Administrative Remedy Appeal and Response "BP-10" | 02/26/01 | 10/28/03 | 10/29/03 adm | Edward Roberts |
| D.8 | Request for Administrative Remedy and Response "BP-9" | 11/29/00 - 01/04/01 | 10/28/03 | 10/29/03 adm | Donald Romine |
| D.9 | Informal Resolution Attempt | 11/01/00 | 10/29/03 | 10/29/03 adm | Michael Norwood |
| D.10 | Notification of Religious Diet Accommodation | 10/31/00 | | | |
| D.11 | Declaration of D. Romine | 11/16/01 | 10/28/03 | 10/29/03 adm | Donald Romine |
| D.12 | Commissary Records | | | | |
| D.13 | Amended Complaint of Plaintiff | 10/28/03 | 10/28/03 | 10/29/03 adm | Edward Roberts |

Joint list
Plff +

Joint
**EXHIBIT LIST**

MAGISTRATE JUDGE ___Smyser___

CASE NUMBER ___1:01CV-1005___

Norwood v. Romaine
Jury trial 10/29/03

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| Joint #14 | | Excel Chart of Commissary totals 1999-2003 | 10/29/03 | not moved | not admitted | Lori Cunningham |

3