1:01-CV 1005

Members of the Jury:

You have asked whether Mr. Norwood may file suit against others. The Court can not provide an answer to this question.

*[signature]*
Magistrate Judge Smyser

May Mr Norwood
file suit against
others?

Jury Q #1
from 10/29/03

FILED
HARRISBURG, PA
OCT 29 2003
MARY E. D'ANDREA, CLERK
Per _____

FILED
HARRISBURG, PA
OCT 29 2003
MARY E. D'ANDREA, CLERK

*[signature]*