1:01CV1005

1:01CV1005 Norwood   Jury Q#2   10/29/03

We are not able to reach a unanimous decision ... tonight.

Lucy Hauman

FILED
HARRISBURG, PA
OCT 29 2003
MARY L. D'ANDREA, CLERK
Per _____ Deputy Clerk