Jury
Question #1 on 10/30/03

1:01 CV 1005

Norwood v. Romine

In response to question no. 1, must Mr. Romine's signing of the BP-9 be construed as a "committed act interfering with Mr. Norwood's rights" or may it be construed as a step in BOP's dispute procedure and therefore not a "committed act interfering with Mr. Norwood's rights."

d'Harman

FILED
HARRISBURG, PA
OCT 30 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk