10/30/03

Judge Smyser,

The jury cannot determine a unanimous decision.

How do we proceed?

Thank you,
Lucy Harman

1:01 CV-1005
Norwood v. Romine
Jury Question #2
on 10/30/03

FILED
HARRISBURG, PA
OCT 30 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk