CC: *M. Smyper; Mrs. Norwood; Ausa Jern*

AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### MIDDLE DISTRICT OF PENNSYLVANIA

## JUDGMENT IN A CIVIL CASE

MICHAEL NORWOOD,
      Plaintiff

      v.                    CASE NUMBER: 1:01-CV-1005

DONALD ROMINE,
      Defendant

**FILED**
HARRISBURG, PA

NOV 0 4 2003

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

X  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the jury's verdict rendered on October 30, 2003, that judgment is entered in favor of the Defendant, Donald Romine and against the Plaintiff, Michael Norwood.

**Date:** November 4, 2003            Mary E. D'Andrea, Clerk of Court

                                            (By) Joan Sayers, Deputy Clerk

Certified from the record
Date: 10/4/03
Mary E. D'Andrea, Clerk
Per _____
          Deputy Clerk