Mr. Michael Norwood
Reg. No. 06970-014
P.O. Box 1000
Lewisburg, Pa  17837

November 26, 2003

Ms. Joan Sayers
Courtroom Deputy
United States District Court
Middle District of Pa
228 Walnut Street
Harrisburg, Pa  17108



Norwood v. Romine
1:CV01-1005
_____

Dear Ms. Sayers:

   The Court's ruling of February 12, 2002, denying the defendant's motion for summary judgment was misplaced while I was confined at the Dauphin County Prison. Would you please send me a copy of this decision. Thank you.

                              Sincerely,

                              Michael Norwood





Ms. Joan Sayers
Courtroom Deputy
United States District Court
228 Walnut Street
Harrisburg, Pa 17108

Mr. Michael Norwood
#06970-014
United States Penitentiary
P.O. Box 1000
Lewisburg, Pa 17838