UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Office of the Clerk, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea
Clerk

Main Number: ( 717)-221-3920
Direct Dial: (717) 221-3931

December 3, 2003

Mr. Michael Norwood
Reg. No. 06970-014
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

**FILED**
HARRISBURG, PA

DEC 0 3 2003

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

In re: Norwood v. Romine 1:01-CV-1005

Dear Mr. Norwood,

Receipt is acknowledged of your letter dated November 26, 2003 in which you request a copy of the February 12, 2002 order denying defendant's motion for summary judgment.

I reviewed the docket and found that on February 12th, Magistrate Judge J. Andrew Smyser entered his Report and Recommendation to District Judge William Caldwell. It was Judge Caldwell who actually ruled on the motion on March 27, 2002.

Attached you will find copies of both orders.

Very truly yours,

MARY E. D'ANDREA, CLERK

J. Sayers, Deputy Clerk

MED/js
cc: File