UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL NORWOOD,<br>　　　　Plaintiff<br><br>　　　　v.<br><br>DONALD ROMINE, Warden,<br>　　　　Defendant | :<br>:<br>:<br>: Civil No. 1:CV-01-1005<br>:<br>:<br>: |

## **O R D E R**

AND NOW, this _____ day of _____, 2003, upon consideration of defendant's motion for enlargement of time to oppose the motion for new trial, **IT IS HEREBY ORDERED** that the motion is granted.  Defendant's opposition brief shall be filed on or before January 9, 2004.

_____
J. ANDREW SMYSER
United States Magistrate Judge