Mr. Michael Norwood
Reg. No. 06970-014
P.O. Box 1000
Lewisburg, PA 17837


December 8, 2003

Clerk
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108

RECEIVED
DEC 10 2003
MARY E. D'ANDREA, CLERK

    Re: Norwood v. Romine
        1:CV01-1005

Dear Clerk:

    I would like you to confirm whether the Court has received my motion for new trial and my amended motion for a new trial.

    Thank you.

                                Sincerely,

                                Michael Norwood





Inmate Name: Mr. Michael Norwood
Register Number: 06970--014
United States Penitentiary
P.O. Box 1000
Lewisburg PA 17837

CLERK
UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
228 WALNUT STREET
HARRISBURG, PA  17108