```
            UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF PENNSYLVANIA


MICHAEL NORWOOD,              :
         Plaintiff            :
                              :
         v.                   :  Civil No. 1:CV-01-1005
                              :
DONALD ROMINE, Warden,        :
         Defendant            :
```

## O R D E R

AND NOW, this 16th day of December, 2003, upon consideration of defendant's motion for enlargement of time to oppose the motion for new trial, **IT IS HEREBY ORDERED** that the motion (Doc. 98) is granted.  Defendant's opposition brief shall be filed on or before January 9, 2004.

/s/ J. Andrew Smyser
J. ANDREW SMYSER
United States Magistrate Judge