Mr. Michael Norwood
Reg. No. 06970-014
P.O. Box 1000
Lewisburg, PA 17837

December 12, 2003

Honorable J. Andrew Smyser
United States Magistrate Judge
United States District Court
228 Walnut Street
Harrisburg, PA 17108

and

Joseph J. Terz, Esq.
Asst. U.S. Attorney
228 Walnut Street
Harrisburg, PA 17108

FILED
HARRISBURG, PA

DEC 17 2003

MARY E. D'ANDREA, CLERK
Per _____
     Deputy Clerk

Re: Norwood v. Romine, 1:CV-01-1005

Dear Magistrate Judge Smyser and Mr. Terz:

    I write to strike my reference to this Court's ruling of February 12, 2002, in support of my motion for new trial and amended motion for new trial, respectively. The correct reference is to this Court's Memorandum and Order of February 10, 2003, at pages 16-17 ("We conclude that it was not reasonable for the defendant to rely on the decision of the Imam when it is not shown to have done so was to have provided for the plaintiff's right to a diet that was in accord with his sincerely held religious beliefs. We believe that under the applicable law and facts, we must conclude that a prison warden must be held to have known that to find an absence of a sincerely held religious belief and to deny a prisoner a particular diet on the sole basis that the diet is not considered a requirement by some of, or even the great majority of, the members of a particular religion would result in a violation of the prisoner's First Amendment rights.").

Respectfully submitted,

_Michael Norwood_
Michael Norwood, Pro Se

MR. MICHAEL NORWOOD
REG. NO. 06970-014
UNITED STATES PENITENTIARY
P.O. BOX 1000
LEWISBURG, PA 17837

CHAMBERS OF HON. J. ANDREW SMYSER
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
HARRISBURG, PA 17108