Michael Norwood
Reg. No. 06970-014
P.O. Box 1000
Lewisburg, PA 17837

February 1, 2004

Joan Sayers, Deputy Clerk
United States District Court
Middle District of PA
228 Walnut Street
Harrisburg, PA 17108

**FILED**
HARRISBURG, PA
FEB 0 4 2004
MAR CLERK
Per _____
Deputy Clerk

Re: Norwood v. Romine
1:-01-CV-01-1005

Dear Ms. Sayers:

I would like you to send me a copy of Documents 94 & 95. (Brief in Support of Motion for New Trial). I am in need of these documents in preparation of my appeal.

Thank you.

Sincerely,

Michael Norwood
Michael Norwood

Inmate Name: Mr. Michael Norwood
Register Number: 06970-014
United States Penitentiary
P.O. Box 1000
Lewisburg PA 17837

RECEIVED
FEB 0 4 2004
PER _____
HARRISBURG, PA
DEPUTY ___

John Sayers, Deputy Clerk
United States District Court
Middle District of PA
228 Walnut Street
Harrisburg, PA 17108



