UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Office of the Clerk, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea
Clerk

Main Number: ( 717)-221-3920
Direct Dial Number: (717) 221-3931

February 4, 2004

Michael Norwood
Reg. No. 06970-014
P.O. Box 1000
Lewisburg, PA 17837

FILED
HARRISBURG, PA

FEB 0 4 2004

MARY ~
Per _____ D'ANDREA  CLERK
Deputy Clerk

    In re:   Norwood v. Romine   1:01-CV-1005

Dear Mr. Norwood,

    Receipt is hereby acknowledged of your letter dated February 1, 2004 in which you request copies fo documents # 94 and 95 for use in your appeal.

    Attached please find copies of the requested documents.

    Very truly yours,

    MARY E. D'ANDREA, CLERK

    Joan Sayers
    Deputy Clerk

MED/js
cc: File