IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,

    Plaintiff,             CIVIL NO. 1:CV-01-1005

    v.                  (Magistrate Judge Smyser)

DONALD ROMINE,

    Defendant.

**FILED**
FEB 2 0 2004
PER _____
HARRISBURG, PA DEPUTY CLERK

## MOTION FOR LEAVE TO PROCEED IN PART, IN FORMA PAUPERIS

The plaintiff, Michael Norwood, pro se, respectfully moves this Court for Leave to Proceed in Part, in Forma Pauperis, pursuant to 28 U.S.C. § 1915 et. seq. ("Application to Proceed in Forma Pauperis, Supporting Documentation and Order" are hereto attached).

Pursuant to the Local Rules of this Court, a brief in support of the instant motion is herewith submitted.

                Respectfully submitted,

                MICHAEL NORWOOD, Pro Se
                P.O. Box 1000
                Lewisburg, PA 17837

Dated: February 13, 2004

# United States District Court

MIDDLE _____ **DISTRICT OF** _PENNSYLVANIA_

MICHAEL NORWOOD,

    Plaintiff

      V.

DONALD ROMINE,

    Defendant.

**APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER**

CASE NUMBER:  1:CV-01-1005
(Magistrate Judge Smyser)

I,___MICHAEL NORWOOD_____, declare that I am the *(check appropriate box)*

- ☒ petitioner/plaintiff
- ☐ respondent/defendant
- ☐ movant (filing 28 U.S.C. 2255 motion)
- ☐ _____
  - *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?    Yes ☐   No ☒

   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

      1996; Approx. $800.00 per month.

2. Have you received within the past twelve months any money from any of the following sources?

| | | |
|---|---|---|
| a. Business, profession or other form of self-employment | Yes ☐ | No ☒ |
| b. Rent payments, interest or dividends? | Yes ☐ | No ☒ |
| c. Pensions, annuities or life insurance payments? | Yes ☐ | No ☒ |
| d. Gifts or inheritances? | Yes ☐ | No ☒ |
| e. Any other sources? | Yes ☐ | No ☒ |

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☒   No ☐   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.
       $70.10

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☒

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

       NONE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2-13-04
                 (Date)                          _Michael Harwood_
                                                 Signature of Applicant

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 60.00 on account to his credit at the UNITED STATES PENITENTIARY, LEWISBURG PA institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: NONE

I further certify that during the last six months the applicant's average balance was $ 188.94

_B. Sholly_ —INMATE ACCTS, USP LEWISBURG
       Authorized Officer of Institution      02/17/04

## ORDER OF COURT

The application is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____  _____
United States Judge    Date

_____  _____
United States Judge    Date
or Magistrate

A05-0095

Date: 02/17/2004
Time: 11:46:19 am

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: LEW

**Start Date:** 08/17/2003
**End Date:** 02/17/2004
**Inmate Reg#:** 06970014
**Account Status:** All
**Institution:** All

## General Information

| | |
|---|---|
| Inmate Reg#: | 06970014 |
| Inmate Name: | NORWOOD, MICHAEL |
| Current Site Name: | Lewisburg USP |
| Housing Unit: | UNIT 1 |

| | |
|---|---|
| Living Quarters: | A03-305L |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 3/1/2002 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | 01/08/2004 10:47:59 AM | | | | Conversion | $177.43 | | $177.43 |
| LEW | 01/10/2004 01:54:43 PM | ITS0110 | | | ITS Withdrawal | ($5.00) | | $172.43 |
| LEW | 01/13/2004 05:09:28 PM | ITS0113 | | | ITS Withdrawal | ($10.00) | | $162.43 |
| LEW | 01/14/2004 02:40:42 PM | 435 | | | Local Collections | $50.00 | | $212.43 |
| LEW | 01/14/2004 07:44:57 PM | 66 | | 567712 | Sales | ($7.85) | | $204.58 |
| LEW | 01/17/2004 12:22:59 PM | ITS0117 | | | ITS Withdrawal | ($4.00) | | $200.58 |
| LEW | 01/19/2004 01:32:40 PM | ITS0119 | | | ITS Withdrawal | ($10.00) | | $190.58 |
| LEW | 01/22/2004 06:33:37 PM | 53 | | | Sales | ($14.95) | | $175.63 |
| LEW | 01/25/2004 02:48:10 PM | ITS0125 | | | ITS Withdrawal | ($5.00) | | $170.63 |
| LEW | 01/27/2004 07:11:43 PM | ITS0127 | | | ITS Withdrawal | ($10.00) | | $160.63 |
| LEW | 01/28/2004 06:58:19 PM | 78 | | | Sales | ($44.35) | | $116.28 |
| LEW | 01/31/2004 06:33:22 PM | ITS0131 | | | ITS Withdrawal | ($6.00) | | $110.28 |
| LEW | 02/03/2004 08:35:41 AM | 4JV042 | | | Payroll - IPP | $38.42 | | $148.70 |
| LEW | 02/03/2004 05:49:56 PM | ITS0203 | | | ITS Withdrawal | ($8.00) | | $140.70 |
| LEW | 02/04/2004 06:58:49 PM | 75 | | | Sales | ($31.50) | | $109.20 |
| LEW | 02/08/2004 02:44:23 PM | ITS0208 | | | ITS Withdrawal | ($9.00) | | $100.20 |
| LEW | 02/11/2004 06:38:40 PM | 57 | | | Sales | ($30.20) | | $70.00 |
| LEW | 02/14/2004 07:08:16 PM | ITS0214 | | | ITS Withdrawal | ($10.00) | | $60.00 |
| **Total Transactions:** | **18** | | | | **Totals:** | **$60.00** | **$0.00** | |



Inmate Name: _Mr. Michael Norwood_
Register Number: _06970-014_
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

FEB    18    2004    HARRISBURG PA 171    FEB    18    2

FILED
FEB 2 0 2004
PER _____
HARRISBURG, PA    DEPUTY CLERK

CLERK
United States District Court
Middle District of PA
228 Walnut Street
Harrisburg PA 17108