IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,

      Plaintiff,             CIVIL NO. 1:CV-01-1005

      v.               (Magistrate Judge Smyser)

DONALD ROMINE,

      Defendant.

FILED
HARRISBURG

FEB 2 0 2004

MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

NOTICE OF APPEAL

    NOTICE IS HEREBY GIVEN THAT THE Plaintiff, Michael Norwood, pro se, hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment of this Court entered November 4, 2003, and from the order of this Court dated January 29, 2004, denying the plaintiff's motion for a new trial.

                    Respectfully submitted,

                    MICHAEL NORWOOD, Pro Se
                    Box 1000
                    Lewisburg, PA 17837

Dated: February 13, 2004

# CERTIFICATE OF SERVICE

I, _____MICHAEL NORWOOD_____, hereby certify that I have served a true
and correct copy of the foregoing:

NOTICE OF APPEAL

Which is deemed filed at the time it was delivered to prison authorities for forwarding to
the court, Houston vs. Lack, 101 L.Ed.2d 245 (1988), upon the court and parties to
litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage
prepaid envelope addressed to:

JOSEPH TERZ
Asst. U.S. Attorney
228 Walnut Street
Harrisburg, PA 17108

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this _____17th____ day of ____FEBRUARY,__ 2004

Respectfully Submitted,

MICHAEL NORWOOD

REG. NO._____06970-014_____

Mr. Michael Norwood
Reg. No. 06970-014
P.O. Box 1000
Lewisburg, PA 17837


February 17, 2004


Clerk
United States District Court
Middle District of PA
228 Walnut Street
Harrisburg, PA 17108


      Re: Norwood v. Romine
          1:CV-01-1005


Dear Clerk:

    Enclosed, please find Notice of Appeal. I have
instructed my family to send you a check to cover the
$105.00 appeal docketing fee.

               Sincerely,

               Michael Norwood


cc: enclosure



Inmate Name: Mr. Michael Norwood
Register Number: 06970-014
United States Penitentiary
P.O. Box 1000
Lewisburg PA 17837

FILED
HARRISBURG

FEB 2 0 2004

MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

legal mail

CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
HARRISBURG, PA  17108