*CV-01-1005*

```
Tue Mar  2 14:53:02 2004

    UNITED STATES DISTRICT COURT
      SCRANTON      , PA
Receipt No.   111 140496
Cashier        jill
Tender Type   MONEY ORDER
M.O. Number: 06663461692
Transaction Type   AR
DO Code   Div No     Acct
 4667       1       5100PL
Amount            $    150.00
MICHAEL NORWOOD USP LEWISBURG P.O. B
OX 1000 LEWISBURG, PA 17837
   PARTIAL FILING FEE FOR NOTICE OF APP
EAL IN CV-01-1005



     cn
```

```
Tue Mar  2 14:54:45 2004

    UNITED STATES DISTRICT COURT
      SCRANTON      , PA
Receipt No.   111 140497
Cashier        jill
Tender Type   MONEY ORDER
M.O. Number: 06338490377
Transaction Type   AR
DO Code   Div No     Acct
 4667       1       0869PL
Amount            $    105.00
MICHAEL NORWOOD USP LEWISBURG, P.O.
BOX 1000 LEWISBURG, PA 17837
   PARTIAL FILING FEE FOR NOTICE OF APP
EAL CV-01-1005



     cn
```



FILED
MAR 0 2 2004
PER _____
HARRISBURG, PA  DEPUTY CLERK