TAM:JJT:nl

## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,                    :
                                    :    CIVIL NO. 1:01-CV-1005
            Plaintiff,              :
    v.                              :    (SMYSER, M.J.)
                                    :
DONALD ROMINE,                      :
                                    :    (Electronically Filed)
            Defendant.              :

### NOTICE OF CROSS-APPEAL

Notice is given that the United States of America, hereby cross-appeals to the United States Court of Appeals for the Third Circuit from the District Court's February 10, 2003, Memorandum and Order denying Defendant Donald Romine summary judgment on the issue of qualified immunity.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney


  s/ Joseph J. Terz
Joseph J. Terz
Assistant U.S. Attorney
Attorney I.D. No. 55480
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, Pennsylvania  17108-1754
(717) 221-4482
joseph.terz@usdoj.gov (eMAIL)
(717) 221-4582 (Facsimile)

Dated:  March 26, 2004

TAM:JJT:nl

## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA


MICHAEL NORWOOD,              :
                             :    CIVIL NO. 1:01-CV-1005
              Plaintiff,     :
    v.                       :    (SMYSER, M.J.)
                             :
DONALD ROMINE,               :
                             :    (Electronically Filed)
              Defendant.     :


### CERTIFICATE OF SERVICE


    The undersigned hereby certifies that she is an employee in
the Office of the United States Attorney for the Middle District
of Pennsylvania and is a person of such age and discretion to be
competent to serve papers.

    That on March 26, 2004, she served a copy of the foregoing


### NOTICE OF CROSS-APPEAL


by placing a copy in a postpaid envelope addressed to the person
hereinafter named, at the place and address stated below, which is
the last known address, and by depositing said envelopes and
contents in the United States Mail at Harrisburg, Pennsylvania to:


            Michael Norwood, Pro Se
            Reg. No. 06970-014
            U.S. PENITENTIARY
            P.O. Box 1000
            Lewisburg, Pennsylvania  17837



                              s/ Naomi Losch
                              Naomi Losch
                              Legal Assistant


N:\NLosch\terz\docs\norwood notice of cross appeal.wpd