Mr. Michael Norwood
Reg. No. 06970-014
P.O. Box 1000
Lewisburg, PA 17837

May 6, 2004

Clerk
United States District Court
Middle District of Pennsylvania
228 Walnut Street
Harrisburg, PA 17108

        Re: Norwood v. Romine
           1:CV-01-1005
           (Smyser, M.J.)

Dear Clerk:

    Almost two months ago, I filed a Motion for Leave to Proceed in Part on Appeal in Forma Pauperis. Specifically, I requested that the Court order that the trial transcripts in this case be transcribed at the government's expense.

    I write to request that your office confirm that my motion was in fact received, and to remind the Court that the delay in adjudicating my motion is affecting my ability to pursue my appeal with all deliberate speed.

    Please respond immediately. Thank you.

                              Sincerely,

                              Michael Norwood

cc: Marcia M. Waldron, Esq.
    Clerk
    United States Court of Appeals
    For the Third Circuit
    21400 United States Courthouse
    Philadelphia, PA 19106

Inmate Name: Mr. Michael Norwood
Register Number: 06970-014
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

legal mail

CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
228 WALNUT STREET
HARRISBURG, PA 17108



