**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
P.O. BOX 827
FEDERAL BUILDING
HARRISBURG, PA 17108-0827

J. ANDREW SMYSER
MAGISTRATE JUDGE

(717) 221-3980
FAX 221-3979

May 12, 2004

Michael Norwood
06970-014
USP-Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

FILED
HARRISBURG, PA
MAY 12 2004
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

Re: Norwood v. Romine; 1:CV-01-1005

Mr. Norwood:

    Magistrate Judge Smyser is in receipt of your letter to the Clerk of Court dated May 6, 2004 and filed on May 11, 2004. In your letter you state that almost two months ago you filed a motion for leave to proceed on appeal in forma pauperis and that you requested that the court order that the trial transcript be transcribed at the government's expense. You ask whether the Clerk has received your motion. According to the docket, the Clerk did receive your motion on February 20, 2004. I note, however, that pursuant to Third Circuit Local Appellate Rule 24.1, your request to proceed in forma pauperis on appeal should be directed to the Third Circuit.

Sincerely,

Melissa E. Sayres
Law Clerk to Magistrate
Judge Smyser

cc: Joseph Terz, Esquire
    Marcia M. Waldron, Esquire (Clerk of United States Court of Appeals for the Third Circuit)