```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


MICHAEL NORWOOD,            :
        Plaintiff
                            :   CIVIL ACTION NO. 1:01-CV-1005
        v.
                            :
DONALD ROMINE,
        Defendant           :
```

FILED
HARRISBURG

MAY 28 2004

MARY E. D'ANDREA, CLERK
Per_____
                DEPUTY CLERK

```
              TRANSCRIPT OF PROCEEDINGS
                     JURY TRIAL
              TESTIMONY OF MICHAEL NORWOOD

     Before:  Hon. J. Andrew Smyser, Magistrate Judge

     Date:    October 29, 2003

     Place:   Courtroom No. 5
              Federal Building
              Harrisburg, Pa.



COUNSEL PRESENT:

     MICHAEL NORWOOD, Pro Se

        For - Plaintiff

     JOSEPH TERZ, Assistant U.S. Attorney

        For - Defendant




                              Monica L. Zamiska, RPR
                              Official Court Reporter
```