```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

 3
   Michael Norwood              :
 4                              :
            vs                  : 01-CV-01005
 5                              :
   Donald Romine                :
 6

 7
                                      ORIGINAL
 8

 9

10        BEFORE:     Magistrate Judge J. Andrew Smyser

11        PLACE:      Harrisburg, Pennsylvania

12        PROCEEDINGS: Requested Jury Questions

13        DATE:       October 30, 2003

14

15

16

17  APPEARANCES:

18  For the Plaintiff:    Michael Norwood
                          06970-014
19                        USP - Lewisburg
                          P.O. Box 1000
20                        Lewisburg, PA  17837

21  For the Defendant:    Joseph Terz, Esquire
                          U.S. Attorney's Office
22                        228 Walnut Street
                          Suite 220
23                        Harrisburg, PA  17108

24

25
```

OFFICIAL COURT REPORTER