IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL NORWOOD,
    Plaintiff,

v.

Case 1:01-CV-1005

DONALD ROMINE,
    Defendant

TRANSCRIPT OF PROCEEDINGS
JURY TRIAL

BEFORE:   HON. J. ANDREW SMYSER, US District Magistrate Judge

DATE:   October 28, 2003

PLACE:   Courtroom Number Five
Federal Building
Harrisburg, Pennsylvania

COUNSEL PRESENT:

MICHAEL NORWOOD, Pro Se
   For - Plaintiff

JOSEPH TERZ, Assistant United States Attorney
   For - Defendant

Vicki L. Fox, RMR
Official Reporter