OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>215-597-2995 |

<u>  Harrisburg  </u> Clerk of District Court           Date <u>   7/22/04   </u>
(District)

<u>  Norwood v. Romine  </u>                              C. of A. No. <u>   04-1833   </u>
(Caption)

<u>  Donald Romine  </u>
(Appellants)

<u>  01-cv-1005  </u>
(D.C. No.)

Enclosures:

<u>  7/22/04  </u> Certified copy of C. of A. Order by the Court/**Clerk**
(Date)

_____ Released (Record) (Supplemental Record - First - Second - Third)

<u>  XXXXX  </u> Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in Lieu of Record to this office.

_____ The certified copy of order issued as the mandate on_____ is recalled.

                              <u>  Dana M. Moore  </u>   (267)-299-<u>  4927  </u>
Receipt Acknowledge:           Deputy Clerk        Telephone Number

_____
(Name)

_____
(Date)

                                              Rev. 3/13/00
                          Appeals (Certified List in Lieu of Record)

N:\recrel.wpd

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 04-1833

Norwood

vs.

Romine

Donald Romine, Appellant

(Middle District of Pennsylvania Civil No. 01-cv-01005)

O R D E R

In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

A TRUE COPY:

Kathleen Brouwer,
Chief Deputy Clerk

Chief Deputy Clerk
United States Court of Appeals
for the Third Circuit

Date: July 22, 2004

cc:
    Joseph J. Terz, Esq.
    Michael Norwood #06970-014