UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 04-1469

MICHAEL NORWOOD,

Appellant

v.

DONALD ROMINE

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civ. No. 01-cv-01005)
Honorable J. Andrew Smyser, Magistrate Judge

Submitted Under Third Circuit LAR 34.1(a)
November 12, 2004

Before: ROTH, McKEE and CHERTOFF*, Circuit Judges

**JUDGMENT**

This cause came on to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a). On consideration whereof, it is now here

---

*This case was submitted to the panel of Judges Roth, McKee and Chertoff. Judge Chertoff resigned after submission, but before the filing of the opinion. The decision is filed by a quorum of the panel. 28 U.S.C. § 46(d).

ORDERED AND ADJUDGED by this Court that the judgment of the District Court entered January 29, 2004, be and the same is hereby affirmed. Costs taxed against the Appellant. All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*

Chief Deputy Clerk

DATED: March 25, 2005

Certified as a true copy and Issued in lieu of a formal mandate on 5/16/05

*Marcia M. Waldron*

Teste:
Clerk, U.S. Court of Appeals for the Third Circuit